IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00458-KLM

LEONARD MARTINEZ,
DOUG PATRICK,
SAMANTHA PATRICK,
DEVIN QUINTANA,
SCOTT ROSENBAUM,
STEVEN ROSENBAUM,
JOSEPH VIALPANDO,
MICHAEL WOLFE,
DENNIS GREGORY,
FRANCISCO MEDINA, and
SCOTTIE LEE WRAY,

     Plaintiffs,

v.

RED'S TOWING,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Emergency Hearing on Fed. R. Civ. P. Rule 68 Offer of Judgment and Request for Extension on Deadline to File a Motion to Dismiss** [#35] (the "Motion for Hearing").  A Response [#36] in opposition to the Motion and a Reply [#37] have been filed.  On November 2, 2014, Plaintiffs filed a Notice of Acceptance of Offer of Judgment [#32], stating that all Plaintiffs except for Leonard Martinez and Michael Wolfe accepted Defendant's Offer of Judgment [#32-1].  In the Motion [#35], Plaintiffs state that "[o]n November 12, 2014, Defendant's counsel notified Plaintiffs' attorney that Defendant will not be paying the Offer of Judgment, but may do so in 'installments' at some unknown time in the future as it is able."  Plaintiffs further state:

    The purpose of a Rule 68 Offer of Judgment is to encourage settlement.  The spirit of the rule is to allow Plaintiffs to settle instead of going to trial.  The Offer of Judgment did not state that payment would not be made, or would not be made until some unknown future date(s).  Plaintiffs would not have

accepted the Offer if they had known that they were not settling this case by their acceptance of the Offer.

Therefore, the Offer of Judgment was not made in good faith.  Plaintiffs respectfully ask this Court to impose sanctions on Defendant, and Defendant's counsel pursuant to Fed. R. Civ. P. Rule 11, and ask this Court to invalidate the acceptance of the Offer.  Further, Plaintiffs respectfully request that an emergency hearing be held before this Court at its soonest available opportunity.

*Motion* [#35] at 2.

IT IS HEREBY **ORDERED** that the Motion [#35] is **DENIED in part, DENIED as moot in part, GRANTED in part, and TAKEN UNDER ADVISEMENT in part**.

(1) The Motion is **denied** to the extent that Plaintiffs request a emergency hearing.

(2) The Motion is **denied as moot** to the extent that Plaintiffs request an extension on the deadline to designate expert witnesses.  *See Minute Order* [#38].  Plaintiffs may seek an additional extension if deemed necessary.

(3) The Motion is **granted** to the extent that Plaintiffs seek an extension of the deadline to submit dismissal papers.  The December 4, 2014 deadline to submit dismissal papers is **vacated** and will be reset, if necessary, after resolution of the issue regarding Defendant's Offer of Judgment.

(4) The Motion is **taken under advisement** with respect to the validity of the Offer of Judgment and Plaintiffs' request for sanctions against Defendant and Defendant's counsel under Rule 11.  An order will issue in due course.

Dated:  November 17, 2014