IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00458-KLM

LEONARD MARTINEZ,
DOUG PATRICK,
SAMANTHA PATRICK,
DEVIN QUINTANA,
SCOTT ROSENBAUM,
STEVEN ROSENBAUM,
JOSEPH VIALPANDO,
MICHAEL WOLFE,
DENNIS GREGORY,
FRANCISCO MEDINA, and
SCOTTIE LEE WRAY,

    Plaintiffs,

v.

RED'S TOWING,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Post Judgment Relief Per Fed. R. Civ. P. 60(a)** [#46] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**. The Clerk of Court is directed to amend judgment entered in this matter to $48,275.10 and to amend page two of the Judgment Pursuant to Fed. R. Civ. P. 68 [#42] from "SUCH AMOUNTS equaling $51,834.90 in liquidated damages against Defendant Red's Rowing" to "SUCH AMOUNTS equaling $48,275.10 includes liquidated damages against Defendant Red's Towing." *See* Fed. R. Civ. P. 60(a) (allowing post judgment relief for the correction of clerical errors).

    Dated:  December 12, 2014