IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

---

Courtroom Deputy: Laura Galera          FTR - Reporter Deck - Courtroom C-204
Date: January 15, 2015                  Byron G. Rogers United States Courthouse

---

Civil Action No. 14-cv-00458-KLM

*Parties*:                              *Counsel*:

LEONARD MARTINEZ, ET AL.,               Sara Green

     Plaintiffs,

v.

RED'S TOWING,                           Robert Driscoll

     Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING**
**Court in session:   3:25 p.m.**

Court calls case. Appearance of counsel.

Motion Hearing regarding Plaintiff's Motion for Contempt of Court and Sanctions [#51].

Argument by counsel for the plaintiff and defendant as to the motion.

For the reasons as stated on the record it is:

**ORDERED:**   The motion is GRANTED in part and DENIED in part.  The motion is denied as to the request to hold the deponent in contempt of court. The motion is granted in part as to the request for sanctions. Defendant is ordered to complete the deposition on a date and at a time mutually agreed upon by the parties. The request for attorney's fees is denied. The cost of $244.30 for the first portion of the deposition that occurred shall be borne by defendant.

**ORDERED:**   Discovery deadline extended to **March 16, 2015** for sole purpose of completing the Rule 30(b)(6) deposition of defendant.

**ORDERED:**   Dispositive motion deadline extended to **March 16, 2015.**

**ORDERED:**   The Final Pretrial Conference set for March 24, 2015 is VACATED and RESET to **June 16, 2015 at 10:30 a.m.**

**ORDERED:**   The Jury Trial set for May 11, 2015 is VACATED and RESET to **August 17, 2015 at 9:00 a.m.**

HEARING CONCLUDED.
**Court in recess:     4:01 p.m.**
Time In Court:        00:36

To order a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.