IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00458-KLM

JESSE MENDOZA,
DOUG PATRICK,
SAMANTHA PATRICK,
DEVIN QUINTANA,
SCOTT ROSENBAUM,
STEVEN ROSENBAUM,
JOSEPH VIALPANDO,
DENNIS GREGORY,
FRANCISCO MEDINA, and
SCOTTIE LEE WRAY,

Plaintiffs,

v.

RED'S TOWING,

Defendant.

---

## WAIVER OF SERVICE OF F.R.C.P. 69 SUBPOENA

---

TO:   Bachus & Schanker, LLC

I acknowledge receipt of your request that I waive service of the subpoena for a F.R.C.P. 69 Deposition in the action of **JESSE MENDOZA, DOUG PATRICK, SAMANTHA PATRICK, DEVIN QUINTANA, SCOTT ROSENBAUM, STEVEN ROSENBAUM, JOSEPH VIALPANDO, DENNIS GREGORY, FRANCISCO MEDINA, and SCOTTIE LEE WRAY v. RED'S TOWING** which is case number **14-CV-00458-KLM** in the United States District Court for the District of Colorado. I have received the subpoena in the action which is attached hereto.

I agree to save the cost of service of the subpoena by not requiring that **RED'S TOWING,** by and through **DAVID WIDHALM**, be served with judicial process in the manner provided by Rule 4.

<u>    4/3/15    </u>
Date

Signature

Printed/typed name: Robert J. Driscoll
as Attorney At Law
of David Widhelm / Red's Towing