IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00458-KLM

DOUG PATRICK,
SAMANTHA PATRICK,
DEVIN QUINTANA,
SCOTT ROSENBAUM,
STEVEN ROSENBAUM,
JOSEPH VIALPANDO,
DENNIS GREGORY,
FRANCISCO MEDINA,
JESSE MENDOZA and
SCOTTIE LEE WRAY,

Plaintiffs,

v.

RED'S TOWING,

Defendant.

## SUBPOENA TO APPEAR AND PRODUCE PURSUANT TO F.R.C.P. 69

Based on the above captioned case, where Plaintiffs, Doug Patrick, Samantha Patrick, Devin Quintana, Scott Rosenbaum, Steven Rosenbaum, Joseph Vialpando, Dennis Gregory, Francisco Medina, Jesse Mendoza and Scottie Lee Wray, and Judgment Creditor, and Red's Towing, Inc., is the Defendant, a money judgment was entered in favor of Plaintiffs and against the Defendant. Pursuant to F.R.C.P. 69, Plaintiffs/Judgment Creditors are entitled to cause a subpoena to issue requiring the judgment debtor to appear before the Court to answer inquiries concerning its property and other assets. Therefore, David Widhalm, owner, of Red's Towing, Inc., is to appear in this Court, Alfred A. Arraj, United States Courthouse A442 / Courtroom A401, 303-335-2770, on **MAY 5, 2015 at 9:00 a.m.,** to answer questions concerning assets of Defendant/judgment debtor, and at that time and place, Mr. Widhalm also shall produce, on behalf of the judgment debtor, the following items now in the judgment debtor's custody and control.

**Defendant Red's Towing, Inc., shall produce the following categories of information at the Rule 69 examination:**

(1) Any and all certificates of deposit, stock certificates, bonds, promissory notes, certificates of title to motor vehicles, and list of any other personal property owned or mortgaged by Red's Towing, Inc.;

(2) Copies of all deeds, or other proof of ownership of, and title to any real property owned by Red's Towing, Inc., including all mortgage statements for the last twelve months and a statement demonstrating the equity held by Red's Towing, Inc. in any real property it owns;

(3) All financial books and records of Red's Towing, Inc., <u>including without limitation</u>, balance sheets, lists of assets and accounts receivable ledgers, accounts payable ledgers, savings account passbooks, checkbooks, copies of all and any evidence of any bank accounts including copies of all checks written in the last twelve months and all deposits, made in the last six months, and all bank statements issued in writing or via online in the last six months, list of all inventory and business equipment owned by Red's Towing, Inc., including whether there are any secured creditors with a security interest in such inventory or equipment;

(4) Red Towing, Inc.'s federal and state income tax returns for the last four years, including all attached schedules and other documentation, and any and all records of income or assets of Red's Towing, Inc.;

(5) List of all parties that owe Red's Towing, Inc., money, specifying the exact amount of such obligation to Red's Towing, Inc.;

(6) All documentation pertaining to any assets that Red's Towing, Inc. has transferred to another party or member of Red's Towing, Inc. in the last two years, including but not limited to, copies of bill of sale, transfer of title, deed conveyance, or other evidence of such transfer and conveyance;

(7) All records relating to, but limited to, any transfer of Red Towing's, Inc.'s equipment, employees, vehicles, money, funds and or assets.

**FAILURE TO APPEAR WILL RESULT IN ISSUANCE OF A WARRANT FOR DAVID WIDHALM'S ARREST.**

Dated this 3rd day of April, 2015.

BACHUS & SCHANKER, LLC

*s/ Sara A. Green*

---

Sara A. Green
1899 Wynkoop Street, Suite 700
Denver, CO 80202
303-893-9800
[sara.green@coloradolaw.net](mailto:sara.green@coloradolaw.net)