IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00458-KLM

LEONARD MARTINEZ,
DOUG PATRICK,
SAMANTHA PATRICK,
DEVIN QUINTANA,
SCOTT ROSENBAUM,
STEVEN ROSENBAUM,
JOSEPH VIALPANDO,
MICHAEL WOLFE,
DENNIS GREGORY,
FRANCISCO MEDINA, and
SCOTTIE LEE WRAY,

    Plaintiffs,

v.

RED'S TOWING,

    Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Status Report** [#73][1] and on the parties' **Stipulated Motion to Dismiss With the Court Determining Reasonable Fees and Costs** [#74] (the "Motion").[2]  On November 26, 2014, Judgment [#42] entered in favor of all Plaintiffs except Leonard Martinez and Michael Wolfe.  The two remaining Plaintiffs,

---

[1] "[#73]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  This convention is used throughout this Order.

[2] The case has been referred to the undersigned for all purposes pursuant to the Court's Pilot Program and 28 U.S.C. § 636(c), on consent of the parties.

along with Defendant, now jointly seek dismissal of this case. *Motion* [#74]. The parties ask the Court to retain jurisdiction over the matter to the extent necessary to resolve outstanding issues relating to attorney's fees and costs. *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395-96 (1990) (stating that "a federal court may consider collateral issues after an action is no longer pending," including "motions for costs or attorney's fees").

IT IS HEREBY **ORDERED** that the Motion [#74] is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), this case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** this matter.

IT IS FURTHER **ORDERED** that Plaintiffs Leonard Martinez and Michael Wolfe shall file a motion regarding fees and costs **on or before May 26, 2015**. Plaintiffs shall comply with D.C.COLO.LCivR 54.3.

On May 5, 2015, the Court ordered Plaintiffs to file a Status Report [#73] indicating whether Plaintiffs Doug Patrick, Samantha Patrick, Devin Quintana, Scott Rosenbaum, Steven Rosenbaum, Joseph Vialpando, Dennis Gregory, Francisco Medina, Jesse Mendoza, and Scottie Lee Wray's Motion for Attorney's Fees [#63] is moot or whether it needs to be adjudicated by the Court. Plaintiffs have indicated that the Motion for Attorney's Fees [#63] is not moot. Accordingly, the Court shall adjudicate the motion in due course.

Dated: May 7, 2015

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge