**BACHUS & SCHANKER LLC**
1899 WYNKOOP STREET SUITE 700
DENVER CO 80202

# Statement

| Date |
|---|
| 4/20/2015 |

To:

RED'S TOWING

| Amount Due | Amount Enc. |
|---|---|
| $5,263.30 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 03/20/2000 | Balance forward | | 0.00 |
| 04/18/2014 | INV #50084. <br> --- MEDREC TREASURY OF US $24.50 | 24.50 | 24.50 |
| 07/09/2014 | INV #BILL.COM. <br> --- SOP:RED'S TOWING:DIVERSIFIED PROCESS SERVICE:2014-820 $62.30 | 62.30 | 86.80 |
| 12/11/2014 | INV #BILL.COM. <br> --- EXPWIT: EMPLOYMENT RESEARCH CORP $3,000.00 | 3,000.00 | 3,086.80 |
| 12/22/2014 | INV #BILL.COM. <br> --- EXPWIT: EMPLOYMENT RESEARCH CORP: 3324 $1,580.00 | 1,580.00 | 4,666.80 |
| 02/18/2015 | PMT #5408. REFUND DRISCOLL LAW OFFICE | -244.30 | 4,422.50 |
| 03/26/2015 | INV #BILL.COM. <br> --- DEPO: DAVID WIDHALM: WILSON & ASSOCIATES: 2513 $244.30 | 244.30 | 4,666.80 |
| 03/26/2015 | INV #BILL.COM. <br> --- DEPO: DAVID WIDHALM: WILSON & ASSOCIATES: 2612 $596.50 | 596.50 | 5,263.30 |
| 03/26/2015 | INV #BILL.COM. <br> VOID: <br> --- REFUND COURT REPORTING COSTS TO CLIENT $0.00 | 0.00 | 5,263.30 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 840.80 | 0.00 | 0.00 | 4,422.50 | $5,263.30 |

# Employment Research Corporation

305 E. Eisenhower Pkwy, Suite 316, Ann Arbor, MI 48108 - Phone: 734-477-9040 • Fax: 734-477-9060

| Date |
|---|
| 12/22/14 |

To:
Bachus & Schanker
Sara Green
1899 Wynkoop Street
Suite 700
Denver, CO 80202

Statement

| Amount Due | Amount Enc. |
|---|---|
| $1,580.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/30/14 | Balance forward | | 0.00 |
| 12/15/14 | 24103 Martinez v Red's Towing- PMT #60180. | -3,000.00 | -3,000.00 |
| 12/22/14 | INV #3324. | 4,580.00 | 1,580.00 |

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 1,580.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,580.00 |



About Us | Terms of Service | Privacy Policy | File State Complaint | Support | Launch Mobile App
© 2007-2015 Bill.com, Inc
app6.40.32 45371 94

**WILSON & ASSOCIATES, LLC**
Renee S. Wilson, CSR
P.O. Box 101885
Denver, CO 80250
(303) 588-0079
r.s.wilson@comcast.net
www.wilsonandassociatesllc.com

Invoice No.: 2612
Invoice Date: 2/26/2015
EIN # 84-1234385
Reporter: Karen Bucklin

SARA A. GREEN, ESQ.
Bachus & Schanker, LLC
1899 Wynkoop Street
Suite 700
Denver, Colorado 80202

Deposition Date(s): 2-10-15
Deposition(s) of: David Widhalm, Vol. II

| DESCRIPTION | AMOUNT |
|---|---|
| Civil Action No. 14-CV-00458-KLM | |
| Martinez, et al., v. Red's Towing | |
| APPEARANCE FEE | 85.00 |
| ORIGINAL & 1 COPY (80 pgs) mini/ss/3-hole punch | 343.70 |
| ETRAN/LITIGATION PACKAGE | 35.00 |
| EXHIBITS (282 pgs scanned/b&w) | 112.80 |
| DELIVERY/HANDLING | 20.00 |

**BALANCE DUE**
$596.50

PAYMENT TERMS:
**DUE UPON RECEIPT**
**WE ACCEPT CREDIT CARDS**
Please include invoice number with payment
Interest of 1.5% per month will be charged on accounts over 30 days past due



## Employment Research Corporation
305 E. Eisenhower Pkwy, Suite 316, Ann Arbor, MI 48108 ▪ Phone: 734-477-9040 ▪ Fax: 734-477-9060

December 5, 2014

Sara Green
Bachus & Schanker
1899 Wynkoop Street
Suite 700
Denver, CO 80202

Re: Martinez v Red's Towing

Dear Ms. Green:

This letter is a proposal to engage our firm, Employment Research Corporation, in the above-mentioned matter.

Our hourly rates are as follows:

| Level | Rate |
| --- | --- |
| Malcolm Cohen, Research | $450 |
| Malcolm Cohen, Trial | $500 |
| Teresa Fulimeni/Senior Analyst, Research | $325 |
| Teresa Fulimeni/Senior Analyst, Trial | $375 |
| Analyst/Systems Analyst | $275 |
| Research Associate 2 | $250 |
| Research Associate 1 | $175 |
| Associate | $150 |

In addition, we charge for actual expenses (e.g. travel).

Our Federal Identification Number is 38-334-7863.

Our fee is not contingent upon the final results and we do not warrant or predict results or final developments in this matter. Outstanding balances must be paid prior to scheduling a deposition or court testimony.

**A $3,000 deposit is due upon signing the agreement. The unused portion is refundable if actual costs are less than the initial deposit.**

Billing will be done at the end of each month. Payment within 15 days is expected.

If these terms are agreeable to you please sign and return, with your deposit, to the address above.

Sincerely,

*Malcolm Cohen*

Malcolm Cohen

By: _____

Date: _____